UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN J. CLEMENT,<br><br>                    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>                    Defendant. | CASE NO. C17-5057 BAT<br><br>**ORDER GRANTING EAJA<br>FEES AND COSTS** |

The Court GRANTS plaintiff's motion for EAJA fees of $5,080.37 and expenses of $3.71, Dkt. 19, and **ORDERS** that plaintiff is awarded fees and expenses in the sum of $5084.08. Subject to offsets allowed under the Treasury Offset Program, under *Astrue v. Ratliff*, 560 U.S. 586 (2010), payment of the award shall be sent to plaintiff's attorney Eitan Yanich at: Eitan Yanich, PLLC, 203 Fourth Ave. E., Suite 321, Olympia, WA 98501.

DATED this 22nd day of December, 2017.

BRIAN A. TSUCHIDA
United States Magistrate Judge